LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 395-0600

Alexander C.K. Wyman (Bar No. 295339)
*alex.wyman@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel.: (213) 485-1234

*Attorneys for Defendant Matterport, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY VANDERPOEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTERPORT, LLC,<br><br>Defendant. | Case No. 3:26-cv-04010-BJC-MMP<br><br>**DEFENDANT MATTERPORT, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hon. Benjamin J. Cheeks<br><br>Date: October 9, 2026<br>Location: Courtroom 3A<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 9, 2026, before the Honorable Benjamin J. Cheeks in Courtroom 3A, Defendant Matterport, LLC will and hereby does move for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing all claims asserted in the Complaint filed in this action by Plaintiff Jeffrey Vanderpoel (Dkt. No. 1). As explained in the accompanying Memorandum of Points and Authorities, dismissal under Rule 12(b)(1) is warranted because Plaintiff lacks Article III standing, and dismissal under Rule 12(b)(6) is warranted because Plaintiff fails to state a plausible claim for relief.

This motion is based on this Notice of Motion and Motion to Dismiss Plaintiff's Complaint, the accompanying Memorandum of Points and Authorities, Plaintiff's Complaint and documents referenced or incorporated therein, all other papers on file with the Court in this action, and such arguments as may be presented to the Court in connection with this motion.

Dated: September 4, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: *<u>/s/ Michael H. Rubin</u>*
Michael H. Rubin
Email: *michael.rubin@lw.com*

*Attorney for Defendant*
*Matterport, LLC*